AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  MJ17-325 (1)
)
Facebook Accounts 100001219146140 and )
100006294034179 )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1, which is incoporated herein by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B-1, which is incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   8/18/17
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
any U.S. Magistrate Judge in WDWA                        .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   08/04/2017 1:30 pm
                                                                            *Judge's signature*

City and state:   Seattle, Washington             Magistrate Judge Brian A. Tsuchida
                                                                    *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ17-325 | Date and time warrant executed: 08/04/2017 3:11PM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

- 3 DVD-Rs CONTAINING RECORDS PROVIDED BY FACEBOOK FOR THE ACCOUNT ASSOCIATED WITH www.facebook.com/taylor.brickner.7

- 3 DVD-Rs CONTAINING RECORDS PROVIDED BY FACEBOOK FOR THE ACCOUNT ASSOCIATED WITH www.facebook.com/magichands1312

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

OCT 03 2017  CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/3/2017

10/4/2017

_____
Executing officer's signature

MICHAEL BALDINO    SPECIAL AGENT
Printed name and title
FBI